■ RICHARD C. CUPOLI, Respondent, v NATIONWIDE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [724 NYS2d 382] —Appeal unanimously dismissed without costs. Same Memorandum as in *Cupoli v Nationwide Ins. Co.* (283 AD2d 961 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Default Judgment.) Present—Pigott, Jr., P. J., Pine, Wisner, Scudder and Burns, JJ.